Case 14-21686　Filed 06/16/14　Doc 15

Form B23 (Official Form 23) (12/08)

**FILED**
JUN 16 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re

**Charles Edward Standfield Jr.**
9950 Bruceville Road, #342
Elk Grove, CA 95757

**Sarah Elizabeth Standfield**
9950 Bruceville Road, #342
Elk Grove, CA 95757

Debtor(s).

Case Number
**14-21686 – B – 7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7 case, a chapter 11 case in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. Complete **one** of the following statements and file with the Clerk of Court at the address shown on the reverse by the deadline stated below.

If a joint petition is filed, each spouse must complete and file a separate certification. Therefore, joint debtors may wish to photocopy this form before completing it.

[X] I, **Sarah Standfield** (Printed name of debtor or joint debtor), the debtor/joint debtor in the above-styled case, hereby certify that on **3/24/14** (date) I completed an instructional course in personal financial management provided by **Cricket Debt Counseling** (Name of Provider), an approved personal financial management provider.

Certificate No. (if any): **12433-CAE-DE-023046264**

– OR –

[ ] I, _____ (Printed name of debtor or joint debtor), the debtor/joint debtor in the above-styled case, hereby certify that no personal financial management course is required because of [check the appropriate box]:

[ ] Incapacity or disability, as defined in 11 U.S.C. § 109(h);

[ ] Active military duty in a military combat zone; or

[ ] Residence in a district in which the United States Trustee (or Bankruptcy Administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: **6/10/14**　Signature of Debtor or Joint Debtor: _[signature]_

**Instructions**: Use this form only to certify whether you completed a course in personal financial management. (See Fed. R. Bankr. P. 1007(b)(7).) DO NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

**Filing Deadlines**: In a chapter 7 case, file with the Clerk of Court within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file with the Clerk of Court no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

009354　64105009363012