K

**FILED**

JUN 1 7 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Charles Edward Standfield and )
Sarah Elizabeth Standfield )
)
) Bankruptcy Case No: 14-21686
)
Debtor(s). )
)

TO: Charles and Sarah Standfield

☐ Your check #_____ in the amount of $_____ is being returned to you as the court does not accept personal checks. Please resubmit your payment in the form of a cashier's check or money order made out to the U.S. Bankruptcy Court. For your own protection, do not send cash through the mail.

☐ Your check/money order #_____ in the amount of $_____ is being returned to you as the court does not accept payments on behalf of the Chapter 13 Trustee. Please submit the payment directly to the Chapter 13 Trustee at the following address:

☐ We are returning your financial documents for you to send to your trustee at the following address:

☑ The above-entitled case was closed on ___6/6/14___. Please be advised that the document(s) subsequently filed by you have been docketed. However before the court will calendar this matter or take any action with respect to the relief requested in these documents, the case must be reopened. To reopen the case, see Local Bankruptcy Rule 5010-1 and payment of a filing fee may be required. See www.caeb.uscourts.gov and select *Filing and Fee Information*. (Additionally, for cases filed in the Sacramento/Modesto offices, a Notice of Hearing with the date and time filled in setting the matter in the appropriate department may be required. See www.caeb.uscourts.gov and select *Court Calendars*.)

☐ We are returning the document submitted by you and will take no further action, as it is unclear what you are attempting to file.

☐ We have docketed the pleading submitted by you and will take no further action as it is unclear what you are attempting to file.

  ☐ If you wish to file a proof of claim, please resubmit with the appropriate form, which is enclosed for your convenience.

  ☐ If you wish to file an adversary complaint, please resubmit a properly captioned and signed complaint, completed adversary cover sheet (see enclosed), and filing fee of $293.00.

**PLEASE SEE SECOND PAGE OF THIS DOCUMENT FOR ADDITIONAL INFORMATION.**

EDC 2-130 (Page 1) (Rev. 11/11)

☐ We have accepted your document for filing but will take no action on it. The document that you filed appears to be amending the petition. The change(s) you are attempting to make cannot be made by filing this document. Note: If the change involves whether the case is deemed an asset or no asset case, please be advised that the trustee will make this determination upon conclusion of the meeting of creditors.

☐ It appears that the enclosed document does not relate to a case within the Eastern District of California Bankruptcy Court. Please verify debtor's name and case number and submit to the correct court. If applicable, Form EDC 2-070, *United States Bankruptcy Courts Within California,* is enclosed.

☐ The information you requested would require the rendering of legal advice, something the court, by law, cannot do. In order for your question to be answered, it will be necessary for you to seek the advice of competent legal counsel.

☐ We are unable to provide you with copies without the payment of search, photocopy and/or certification fees. You may view cases electronically through a PACER account, which is available on our website at www.caeb.uscourts.gov. The cost per search of records is $30.00, photocopy fee is $.50 per page, and if you wish the document to be certified, an additional $11.00 fee per document will apply. The court does not accept personal checks for payment of fees. We accept business checks, cashier's checks or money orders. For your protection, do not send cash through the mail.

☐ The case file has been closed and sent to the Federal Records Center in San Bruno, California for storage. Therefore, the information that you requested must be obtained directly from the Federal Records Center. Enclosed please find information on how to obtain copies of records from the Federal Records Center.

☐ The court's forms package can be obtained from our website at www.caeb.uscourts.gov free of charge. You may also purchase the forms package for $3.00 at the Clerk's office. Payment may be made in the form of cash (exact change required), money order or cashier's check. For your protection, do not send cash through the mail.

☐ Other:

ALL NEGOTIABLE INSTRUMENTS MUST BE MADE PAYABLE TO THE CLERK OF THE U.S. BANKRUPTCY COURT. MONEY ORDERS AND CASHIER'S CHECKS ARE ACCEPTED FROM THIRD PARTIES AND ARE ACCEPTABLE FOR PAYMENT OF ALL FEES AND SERVICES. CHECKS FOR FILING FEE PAYMENTS, OTHER THAN CASHIER'S CHECKS, MUST BE DRAWN ON THE TRUST ACCOUNT OF THE DEBTOR'S ATTORNEY. CHECKS FOR ALL OTHER FEES AND SERVICES MUST BE BUSINESS CHECKS OR CASHIER'S CHECKS. **NO PERSONAL CHECKS!** FOR YOUR OWN PROTECTION, **DO NOT SEND CASH THROUGH THE MAIL.**

DATED: 06/17/14    By: *Michelle Peterson*

EDC 2-130 (Page 2) (Rev. 11/11)

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400



Form B23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**FILED**
JUN 16 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re<br><br>**Charles Edward Standfield Jr.**<br>9950 Bruceville Road, #342<br>Elk Grove, CA 95757 | **Sarah Elizabeth Standfield**<br>9950 Bruceville Road, #342<br>Elk Grove, CA 95757<br><br>Debtor(s). | Case Number<br><br>**14-21686 – B – 7** |
|---|---|---|

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7 case, a chapter 11 case in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. Complete **one** of the following statements and file with the Clerk of Court at the address shown on the reverse by the deadline stated below.

*If a joint petition is filed, each spouse must complete and file a separate certification.* Therefore, joint debtors may wish to photocopy this form before completing it.

☒ I, **Charles Standfield**, the debtor/joint debtor in the above-styled case, hereby certify
   (Printed name of debtor or joint debtor)
that on **March 24, 2014** (date) I completed an instructional course in personal financial management provided by **Cricket Debt Counseling**, an approved personal
   (Name of Provider)
financial management provider.

Certificate No. (if any): **12433-CAE-DE-023046263**

– OR –

☐ I, _____, the debtor/joint debtor in the above–styled case, hereby certify
   (Printed name of debtor or joint debtor)
that no personal financial management course is required because of [check the appropriate box]:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States Trustee (or Bankruptcy Administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: **6/10/14**   Signature of Debtor or Joint Debtor: _[signature]_

**Instructions:** Use this form only to certify whether you completed a course in personal financial management. (See Fed. R. Bankr. P. 1007(b)(7).) DO NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

**Filing Deadlines:** In a chapter 7 case, file with the Clerk of Court within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file with the Clerk of Court no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Form B23 (Official Form 23) (12/08)

**FILED** JUN 16 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re

Charles Edward Standfield Jr.
9950 Bruceville Road, #342
Elk Grove, CA 95757

Sarah Elizabeth Standfield
9950 Bruceville Road, #342
Elk Grove, CA 95757

Debtor(s).

Case Number
**14-21686 - B - 7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7 case, a chapter 11 case in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. Complete **one** of the following statements and file with the Clerk of Court at the address shown on the reverse by the deadline stated below.

_If a joint petition is filed, each spouse must complete and file a separate certification_. Therefore, joint debtors may wish to photocopy this form before completing it.

☒ I, **Sarah Standfield** (Printed name of debtor or joint debtor), the debtor/joint debtor in the above–styled case, hereby certify that on **3/24/14** (date) I completed an instructional course in personal financial management provided by **Cricket Debt Counseling** (Name of Provider), an approved personal financial management provider.

Certificate No. (if any): **12433-CAE-DE-023046264**

– OR –

☐ I, _____ (Printed name of debtor or joint debtor), the debtor/joint debtor in the above–styled case, hereby certify that no personal financial management course is required because of [check the appropriate box]:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States Trustee (or Bankruptcy Administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: **6/10/14**    Signature of Debtor or Joint Debtor: _[signature]_

_Instructions_: Use this form only to certify whether you completed a course in personal financial management. (See Fed. R. Bankr. P. 1007(b)(7).) DO NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

_Filing Deadlines_: In a chapter 7 case, file with the Clerk of Court within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file with the Clerk of Court no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

009354    64105009363012